UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI LI,<br>Plaintiff,<br>v.<br>ALEJANDRO N. MAYORKAS, ET AL.,<br>Defendants. | No. 5:25-cv-02515-KK (MBKx)<br>**ORDER RE: JOINT STIPULATION TO DISMISS THE CASE**<br>Honorable Kenly Kiya Kato<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor,

IT IS HEREBY ORDERED THAT the instant action shall be dismissed.

Dated: August 14, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE